IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 5:06CR11-DCB-JCS

ANTHONY T. JACKSON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in this case.  The Court concurs, and hereby ORDERS as follows:

(1)      The sentence is reduced from 100 months to 84 months;

(2)      All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the __12th__ day of March, 2008.

s/ David Bramlette
UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/ Sandra Moses
ASSISTANT U.S. ATTORNEY

/s/ George L. Lucas
DEFENSE COUNSEL