AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

*FILED MAR 27 2008, J. T. NOBLIN, CLERK, BY ___ DEPUTY — Southern District of Mississippi*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony T. Jackson | ) | Case No: 5:06cr11DCB-JCS-001 |
| | ) | USM No: 08884-043 |
| Date of Previous Judgment: 10/02/2006 | ) | Joe Hollomon, P. O. Box 22683, Jackson, MS 39225 |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __84 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/02/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/18/2008__

*[Signature]*
Judge's signature

Effective Date: _____
(if different from order date)

David C. Bramlette, Senior U.S. District Judge
Printed name and title